IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 2:24-mj-578 |
| | : | |
| v. | : | MAGISTRATE JUDGE DEAVERS |
| | : | |
| CODY L. PRATER | : | UNDER SEAL |

## MOTION TO SEAL COMPLAINT AND ARREST WARRANT

Now comes the United States of America, by Emily Czerniejewski, Assistant United States Attorney for the Southern District of Ohio, and respectfully requests that this motion, any resulting order, the criminal complaint, affidavit in support of the criminal complaint, and arrest warrant in the above-entitled case be sealed as the defendant, Cody L. Prater, is currently unaware of the federal prosecution of him and the United States is apprehensive that one or more persons may flee the jurisdiction if they become aware of the existence of said criminal complaint and arrest warrant.

WHEREFORE, the government respectfully requests that this motion, any resulting order, the criminal complaint, affidavit in support of the criminal complaint in this case be sealed.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

*Emily Czerniejewski*

EMILY CZERNIEJEWSKI (IL 6308829)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Phone: (614) 406-3572
Emily.Czerniejewski@usdoj.gov