IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 2:24-mj-578 |
| | : | |
| v. | : | MAGISTRATE JUDGE DEAVERS |
| | : | |
| CODY L. PRATER | : | UNDER SEAL |

### SEALED ORDER TO SEAL COMPLAINT AND ARREST WARRANT

Upon application of the United States and for good cause shown, IT IS HEREBY ORDERED that the Complaint, Arrest Warrant, and all supporting documentation in the above-entitled case including the motion of the United States and this Order, be sealed.

December 6, 2024
DATE

ELIZABETH A. PRESTON DEAVERS
UNITED STATES MAGISTRATE JUDGE