UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

**United States of America**

-vs-                                                      Case No.  2:24-mj-578

**Cody Layne Prater**

COURTROOM   MINUTES

| Judge: | Elizabeth A. Preston Deavers | Date and Time: | December 9, 2024 2:45 PM |
|---|---|---|---|
| Deputy Clerk: | Sherry Nichols | Counsel for Govt: | Peter Glenn-Applegate |
| Record: | CourtSmart | Counsel for Deft(s). | Stacey MacDonald |
| Interpreter: |  | Pretrial/Probation | Leticia Vazquez-Villa |

Initial Appearance

-Dft completed CJA financial affidavit, Counsel appointed.
-Dft advised of rights, charges, and potential penalties
-Government motions Court for detention hearing; Motion granted
-Government advised of Due Process Protections Act Order
-Detention hearing set for December 12, 2024  at 2:30 PM
-Preliminary hearing set for December 20, 2024 at 1:30 PM
-Dft remanded