United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                                              Case No. 2:24-mj-578

Cody Layne Prater

## COURTROOM MINUTES
### Detention Hearing

|  | **U.S. Magistrate Judge Kimberly A. Jolson** | Date: | December 12, 2024 @ 2:30 pm |
|---|---|---|---|
| **Deputy Clerk** | Jessica Rector | **Counsel for Govt:** | Emily Czerniejewski |
| **Court Reporter** | CourtSmart | **Counsel for Deft(s):** | Stacey MacDonald |
| **Interpreter** |  | **Pretrial/Probation** | Leticia Vazquez-Villa |
| **Log In** | 2:36 pm | **Log Out** | 2:56 pm |

Defendant is not a risk of flight, however, no condition or set of conditions can reasonably assure the safety of the community. Defendant is ORDERED DETAINED pending trial.

Defendant remanded to USMS.