# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>Cody Layne Prater<br>*Defendant* | )<br>)<br>) Case No. 2:24-mj-578<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 12/12/2024

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

STACEY MACDONALD
*Printed name and bar number of defendant's attorney*

10 W. Broad St. #1020 Columbus, OH 43215
*Address of defendant's attorney*

Stacey_Macdonald@fd.org
*E-mail address of defendant's attorney*

(614) 469-2999
*Telephone number of defendant's attorney*

(614) 469-5999
*FAX number of defendant's attorney*